

Melissa A. Cornibe
Corporate Litigation
Three Radnor Corporate Center
100 Matsonford Road
Suite 200
Radnor, PA 19087
(610) 964-5828 – Direct Dial
Melissa.cornibe@cna.com

March 3, 2023

<u>VIA ECF</u>

Justice Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Courthouse
New York, NY 10007



**Re: <u>Arnov Sandwich, Inc., et al. V. CNA Financial Corp., et al.</u>**
Docket No. 1:21-cv-08690-KPF

Dear Justice Failla:

The undersigned represents Transportation Insurance Company ("Transportation") in the above-referenced matter. Transportation submits this letter to provide a status update to the Court regarding its pending Motion to Dismiss or in the Alternative to Compel. Consistent with the parties' agreement, Plaintiffs have provided revised responses to Transportation's Requests for Production of Documents. Transportation believes that its pending motion is now moot.

Transportation is now in a position to depose Plaintiffs. The parties have scheduled the depositions of Roy Dulal and a corporate designee of Arnov Sandwich, Inc. to take place on March 21 and March 22, 2023. Transportation requests that the Court extend the current discovery deadlines until at least April 30, 2023 to provide Transportation with the opportunity to conduct any additional discovery which may become necessary after the conclusion of those depositions.

Respectfully submitted,

<u>s/ Melissa A. Cornibe</u>
Melissa A. Cornibe
Janet J. Lee
*Counsel for Defendant,*
*Transportation Insurance Company*

cc: Kevin Tung, Esq., *via ECF*

Application GRANTED. The parties' deadline to complete fact discovery is hereby ADJOURNED to **May 5, 2023,** and the post-fact conference currently scheduled for March 17, 2023, is hereby ADJOURNED to **May 18, 2023, at 11:00 a.m.**

Further, in light of the above, Defendants' motion to dismiss or, in the alternative, compel Plaintiffs' discovery responses, dated January 6, 2023, is hereby DENIED on mootness grounds without prejudice to its refiling. (Dkt. #56).

The Clerk of Court is directed to terminate the pending motion at docket number 56.

Dated:     March 3, 2023                SO ORDERED.
           New York, New York

                                        *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE